1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FILED

06 OCT 13 PM 2: 18

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

WILLIAM DOBBINS,

                 Petitioner,

    vs.

UNITED STATES OF AMERICA,

                 Respondent.

CASE NO. 06CV1274-H
06CV1363-H
95CR1051-H

**SCHEDULING ORDER**

     On June 16, 2006, Petitioner William Dobbins ("Petitioner") filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2255. (Doc. No. 232.) The Ninth Circuit granted Petitioner's application for authorization to file a second or successive petition for writ of habeas corpus pursuant to 28 U.S.C. § 2255 on June 1, 2006. (Doc. No. 231.) On June 30, 2006, Petitioner submitted a second petition. (Doc. No. 234.) Therefore, the Court treats the second submission as an amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2255, to be filed in Case No. 06CV1274-H. Additionally, the Court sets the following briefing schedule:

     1.     Respondent shall file a response to the petition on or before **December 13, 2006**.

/ / / /

/ / / /

/ / / /

- 1 -

06cv1274-h

1       2.    Petitioner may file a traverse on or before **January 15, 2007**.

2       IT IS SO ORDERED

3   Dated: _____10-11-06_____

4

5                  MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23   **COPIES TO:**

24   William Dobbins
FCI Forrest City Low

25   Federal Correctional Institute
P.O. Box 9000

26   Forrest City, AR 72336

27   U.S. Attorney's Office, Civil Division
Southern District of California

28   880 Front Street, Suite 6253
San Diego, CA 92101

06cv1274-h